**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | |
|---|---|
| ECKERD CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>BRINES REFRIGERATION, HEATING &<br>COOLING, INC. and BRANDI RUSSELL,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION FILE NO.: TBD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' NOTICE OF REMOVAL

COMES NOW, BRINES REFRIGERATION, HEATING & COOLING, INC. (hereinafter "BRINES"), Defendant in the above-styled suit, and, within the time prescribed by law, files this Notice of Removal, and respectfully shows the Court the following facts:

1. Plaintiff filed suit against Defendants in the Circuit Court of Hamilton County, State of Tennessee. This suit is styled as above and numbered Docket No. 17-C-344 in that Court.

2. Plaintiff is a for-profit foreign corporation whose principal office is located in Largo, Florida.

3. Defendant BRINES is a for-profit corporation whose principal office is located in Lathup Village, Michigan.

4. Defendant Brandi Russell is a resident and citizen of the State of Tennessee.

1

5. Complete diversity exists between Plaintiff and Defendants in accordance with 28 U.S.C. § 1332(a)(1).

6. Plaintiff contends that they are entitled to damages in excess of $75,000. Accordingly, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

7. This is a civil action over which this Court has original jurisdiction under the provisions of Title 28 of the United States Code § 1332 in that it is a civil action in which the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs, and is between citizens of different states. Accordingly, this is a civil action which may be removed to this Court by Defendants pursuant to the provisions of Title 28 of the United States Code § 1441.

8. This Notice is filed within thirty days of purported service upon Defendants pursuant to the requirements of 28 U.S.C. § 1446(b).

9. Defendants have attached hereto copies of all process, pleadings, and orders filed in the state court in this case as follows:

   - Exhibit 1: Summons and Complaint
   - Exhibit 2: Notice of Appearance for Defendant BRINES
   - Exhibit 3: Answer of Defendant BRINES

10. Defendant Russell is a nominal party to this litigation "against whom no real relief is sought." As such, consent is not necessary to remove the matter to federal court. See Thorn v. Amalgamated Transit Union, 305 F.3d 826, 833 (8th Cir. 2002), citing Pecherski v. General Motors Corp., 636 F.2d 1156, 1161 (8th Cir. 1981)

2

WHEREFORE, Defendant prays this case be removed to the United States District Court for the Eastern District of Tennessee, Chattanooga.

This 21st day of April, 2017.

Respectfully Submitted,

**CARLOCK, COPELAND & STAIR, LLP**

/s/ *Angela C. Kopet*

_____

ANGELA CIRINA KOPET; BPR 017921
G. GRAHAM THOMPSON; BPR 034467
920 McCallie Avenue
Chattanooga, TN 37403
Phone: 423-713-7075
Fax: 423-648-2283

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of this pleading has been served upon counsel for the Plaintiff and Defendant Russell by placing a true and exact copy of said pleading in the United States Mail with sufficient postage thereupon to carry the same to its destination, addressed as follows:

Richard Sorin, Esq.                          Brandi Russell
Scott McCullough, Esq.                   621 Shannon Avenue
McNabb, Bragorgos & Burgess, PLLC    Chattanooga, TN 37411
81 Monroe, Sixth Floor
Memphis, TN 38103

This 21st day of April, 2017.

/s/ *Angela C. Kopet*

_____

ANGELA CIRINA KOPET

3